1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10    LUIS SANDOVAL,

11           Plaintiff,                    No. CIV S-07-0415 MCE GGH P

12        vs.

13    CALIFORNIA MEDICAL FACILITY,

14           Defendants.              ORDER

15    _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17    to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18    U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19    plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20    certified copy of his prison trust account statement for the six month period immediately

21    preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22    opportunity to submit a completed in forma pauperis application and a certified copy in support

23    of his application.

24    /////

25    /////

26    /////

1

Dockets.Justia.com

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff shall submit, within thirty days from the date of this order, a

3 completed affidavit in support of his request to proceed in forma pauperis on the form provided

4 by the Clerk of Court;

5    2.  The Clerk of the Court is directed to send plaintiff a new Application to

6 Proceed In Forma Pauperis By a Prisoner; and

7    3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

8 copy of his prison trust account statement for the six month period immediately preceding the

9 filing of the complaint.  Plaintiff's failure to comply with this order will result in a

10 recommendation that this action be dismissed without prejudice.

11 DATED: 3/21/07

/s/ Gregory G. Hollows

12

GREGORY G. HOLLOWS
13                                                     UNITED STATES MAGISTRATE JUDGE

14   GGH:bb
     sand0415.3c+
15

16

17

18

19

20

21

22

23

24

25

26