IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS SANDOVAL,

      Plaintiff,                    No. CIV S-07-0415 MCE GGH P

    vs.

CALIFORNIA MEDICAL FACILITY, et al.,

      Defendants.          <u>ORDER</u>

_____/

        On June 18, 2007, the court dismissed the complaint with thirty days to file an amended complaint. On June 28, 2007, plaintiff filed a response to the June 18, 2007, order. In this pleading, plaintiff addresses some of the defects of the original complaint discussed in the June 18, 2007, order. However, the court may not consider this pleading as the amended complaint as it does not identify the relief sought. Plaintiff must file his amended complaint on a complaint form.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted twenty days from the date of this order to file an amended complaint on the form provided by the court;

/////

/////

1

2. The Clerk of the Court is directed to send plaintiff the form for a civil rights complaint.

DATED: 7/10/07                    /s/ Gregory G. Hollows
                                  _____
                                  UNITED STATES MAGISTRATE JUDGE

san415.ord